## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. **08-cr-503-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.     GINTARE SAKINYTE,**

       Defendant.

## ORDER

This matter is before the court on Defendant's Motion to Reconsider, Correct and Reduce Defendant's Sentence (doc. #30), filed August 18, 2009.  The motion is **GRANTED**.  The Sentence in this case is **VACATED**.  Sentencing is set for **September 2, 2009 at 3:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  August 19, 2009

                        BY THE COURT:

                        *s/John L. Kane*
                        JOHN L. KANE, SENIOR JUDGE
                        UNITED STATES DISTRICT COURT